UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MILAGROS SENIOR, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

        v.

JUMPER MAYBACH LLC,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-7594

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), MILAGROS SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, JUMPER MAYBACH LLC, with prejudice and without fees and costs.

Dated: New York, New York
       December 22, 2022

                          **GOTTLIEB & ASSOCIATES**

                          _/s/Michael A. LaBollita, Esq._

                          Michael A. LaBollita, Esq., (ML-9985)
                          150 East 18th Street, Suite PHR
                          New York, NY 10003
                          Phone: (212) 228-9795
                          Fax: (212) 982-6284
                          Michael@Gottlieb.legal

                          _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge